**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **SHELLY PRYOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:04CV1106-DJS |
| | ) |
| **TOWERS, PERRIN, FORSTER,** | ) |
| **& CROSBY, INC.,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court's referral of this matter to mediation terminated on April 15, 2005. No report on the results of the mediation has been filed by the mediator or the parties. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within seven (7) days of the date of this order, file a status report advising the Court of the outcome of the mediation and the prospects for any further settlement negotiations.

Dated this  9th   day of May, 2005.

                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE